# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MACEY MARCHAND AND HERSHAL
COFER, INDIVIDUALLY AND ON
BEHALF OF THEIR MINOR CHILD,
EVERLEIGH COFER

NO.  2022 CW 0269

VERSUS

TRAVELER'S INSURANCE
COMPANY, ET AL.

**APRIL 26, 2022**

In Re:    Eatel Corp., LLC and Travelers Property Casualty
          Company of America and Tyler Ballard, applying for
          supervisory writs, 23rd Judicial District Court,
          Parish of Ascension, No. 128141.

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DISMISSED.**   This writ application is dismissed
pursuant to a motion to dismiss filed by relators advising that
the parties have reached a settlement of this matter and the
writ can be dismissed.

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

_α.S~_

DEPUTY CLERK OF COURT
FOR THE COURT